IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HANOVER INSURANCE COMPANY, )
*et al.*, )
 )
    Plaintiffs, )
 )
v. ) Civil Action No. 1:21-cv-790 (RDA/JFA)
 )
C. DAVID VENTURE MANAGEMENT )
LLC, *et al.*, )
 )
    Defendants. )

## ORDER

This matter comes before the Court on the Stipulation of Dismissal of Defendant Great American Insurance Company Without Prejudice. Dkt. 10. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITHOUT PREJUDICE as to Defendant Great American Insurance Company.

It is SO ORDERED.

Alexandria, Virginia
September 16, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge